RECEIVED
IN ALEXANDRIA, LA
SEP 0 4 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **CHARLES ALLEN TREECE** | **CIVIL ACTION NO. 04-1364** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **GEO GROUP, ET AL** | **MAGISTRATE JUDGE WILSON** |

## O R D E R

Before the court is a consolidated motion [R. 24] in which plaintiff requests that the court set aside its prior judgment of March 2, 2005, in which we adopted the Report and Recommendation of the Magistrate Judge Wilson, dismissing plaintiff's suit as frivolous and failing to state a claim. On March 23, 2005 the court denied a motion by plaintiff to alter or amend this prior judgment. On September 15, 2006, the Fifth Circuit affirmed our dismissal of plaintiff's suit and on March 27, 2007, the United States Supreme Court denied writs.

Plaintiff has exhausted all appeals; the judgment rendered by this court on March 2, 2005 is **FINAL**. Accordingly, it is hereby

**ORDERED** that plaintiff's motion is DENIED.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 4th day of September, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE