U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

JAN 2 8 2008

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **CHARLES A. TREECE** | : | **DOCKET NO. 04-1364** |
| VS. | : | **JUDGE TRIMBLE** |
| **O. KENT ANDREWS, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

Petitioner, Charles Treece has filed the following two (2) motions: "Motion for Leave to Request A Re-Hearing by a Panel in the Cited Case, Because Declaratory and Injunction Relief is Requested under 28 § 1651, 28 § 2201, 28 § 2202, 28 § 2106" (doc. #28) and "Motion for Leave to Request for Summons to Issue" (doc. #29). As stated in this Court's order dated September 13, 2007, (doc. #27), the instant case is closed[1] and Petitioner has exhausted all appeals. Accordingly, it is

**ORDERED** that both motions (doc. #28 and 29) are hereby **DENIED.**

**IT IS FURTHER ORDERED** that Petitioner is prohibited from filing any motions or pleadings in the instant case.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 28th day of January, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] See order dated March 37, 2007 (doc. # 23) denying Petitioner's writ of certiorari.